**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOYCE DEMYERS, | ) | NO. SA CV 10-1432-DDP(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DOBBSON DAVIS, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: March 10, 2011

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE